```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 04 B 46290
   SHANNA REA MORGAN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8885

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/16/2004 and was confirmed 02/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  28.89%.

     The case was paid in full 01/12/2009.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
NUVELL CREDIT CO LLC       SECURED         11550.00       1690.20        11550.00
NUVELL CREDIT CO LLC       UNSECURED        7667.21           .00         2215.29
NUVELL CREDIT CORP         NOTICE ONLY     NOT FILED          .00             .00
ALL PAYDAY LOANS           UNSECURED       NOT FILED          .00             .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED          .00             .00
AMERICAN GENERAL FINANCE   NOTICE ONLY     NOT FILED          .00             .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00             .00
AT & T WIRELESS            NOTICE ONLY     NOT FILED          .00             .00
ASSET ACCEPTANCE CORP      UNSECURED        1896.81           .00          548.05
BALLYS                     NOTICE ONLY     NOT FILED          .00             .00
ASSET ACCEPTANCE CORP      UNSECURED             .00          .00             .00
MCI RESIDENTIAL SERVICES   UNSECURED       NOT FILED          .00             .00
NORTHERN IL EMERG & OCC    UNSECURED       NOT FILED          .00             .00
LEDFORD & WU               DEBTOR ATTY     2,500.00                       2,500.00
TOM VAUGHN                 TRUSTEE                                        1,176.48
DEBTOR REFUND              REFUND                                           205.98

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              19,886.00

PRIORITY                                          .00
SECURED                                     11,550.00
    INTEREST                                 1,690.20
UNSECURED                                    2,763.34
ADMINISTRATIVE                               2,500.00
TRUSTEE COMPENSATION                         1,176.48
DEBTOR REFUND                                  205.98
                     ---------------       ---------------
TOTALS               19,886.00              19,886.00

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 46290 SHANNA REA MORGAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 04 B 46290 SHANNA REA MORGAN